**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GEMMA DICASIMIRRO**, <br><br> *Plaintiff,* <br><br> v. <br><br> **GETMYBOAT, INC. d/b/a GETMYBOAT.COM, et al.**, <br><br> *Defendants.* | **Case No. 2:24-cv-05851-JDW** |

## <u>ORDER</u>

**AND NOW**, this 14th day of November, 2024, upon consideration of the Parties' submissions (ECF Nos. 4-5) in response to my Order directing them to demonstrate why the Court has subject matter jurisdiction over this matter, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that this matter is **REMANDED** to the Philadelphia County Court of Common Pleas.

**BY THE COURT:**


*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.